UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-cr-20287 GOLD

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| ALEXEI JUBIEL | ) |

**MOTION IN LIMINE TO PRECLUDE THE GOVERNMENT'S
INTRODUCTION OF EVIDENCE RELATED TO HIDTA TASK FORCE**

Defendant, Alexei Jubiel, through undersigned counsel, respectfully opposes the government's introduction of evidence through the arresting agents in this case regarding the High Intensity Drug Trafficking Areas (HIDTAs) task force. This motion is made pursuant to Fed.R.Evid. 401 as the prejudicial effect of such evidence outweighs its probative value. The identification of the investigating officers as members of a "task force" as well as a lengthy description of the task force's purpose and mode of operation will suggest that this case is more significant than an ordinary drug case. Additionally, under Fed.R.Evid. 403 the testimony is not relevant because it is not germane to the issues in this case.

Undersigned counsel has discussed this motion with the Assistant United States Attorney handling this case, and he has agreed that the agents' testimony will not include any statements that might be more prejudicial than probative as described above. However, a pretrial determination of the motion is necessary so that counsel can adequately prepare for trial.

                                                Respectfully submitted,
                                                MERCADO & RENGEL, PA

Dated: 09/29/2008

                        By:        */s/ Alexandra I. Rengel*

                                  ALEXANDRA I. RENGEL
                                  FL BAR # 0564451
                                  12000 Biscayne Boulevard, Ste. 305
                                  North Miami, FL 33181
                                  Tel. 305.892.2525
                                  Fax. 305.892.2127

                                **CERTIFICATE OF SERVICE**

I hereby certify that this document was served by Electronic CM/ECF means upon all interested parties.

                                  */s/ Alexandra I. Rengel*
                                  Alexandra I. Rengel

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion in Limine to Preclude the Government's Introduction of Prior Bad Acts, Crimes, or Arrests under FRE 404(b), was sent via US Mail to Russell Koonin, AUSA, United States Attorney's Office, 99 NE 4th Street, Miami, FL 33132, Counsels for Co-Defendants: Batista and Batista, P.A., 7171 Coral Way, Ste. 400, Miami, FL 33155-1693, and Franz A. Parke, 18350 NW 2nd Ave, Ste. 500, Miami, FL 33169-4519 on this 14th day of September 2006.

                                                     /s/

                                          Ivan E. Mercado